Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Robs Bar & Grill, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | Coaches Midtown Pub<br>Coaches Pub |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8  8 – 2  2  7  3  6  2  7 |

**4. Debtor's address**

**Principal place of business**

2204 Louisiana St. Suite C&D
Number     Street

Houston, TX 77002
City                    State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

3833 Dunlavy Apt 226
Number     Street

P.O. Box

Houston, TX 77006
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                    State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | www.coachespubmidtown.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Robs Bar & Grill, LLC
_____   Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

  7   2   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____   When _____   Case number _____
                                     MM / DD / YYYY

       District _____   When _____   Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

       District _____   When _____
                                              MM / DD / YYYY

       Case number, if known _____

Debtor    Robs Bar & Grill, LLC           Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>     **Why does the property need immediate attention?** *(Check all that apply.)*<br>     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>        What is the hazard? _____<br><br>     ☐ It needs to be physically secured or protected from the weather.<br>     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>     ☐ Other<br><br>     **Where is the property?** _____<br>         Number    Street<br><br>         _____<br>         City        State    ZIP Code<br><br>     **Is the property insured?**<br>     ☐ No<br>     ☐ Yes.   Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000           ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   Robs Bar & Grill, LLC _____   Case number *(if known)* _____
      Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/28/2023 _____
          MM/ DD/ YYYY

**X** /s/ Robert Curry _____         _____ Robert Curry _____
Signature of authorized representative of debtor        Printed name

Title _____ Owner _____

**18. Signature of attorney**

**X** _____ /s/ Robert C Lane _____    Date 07/28/2023 _____
Signature of attorney for debtor                    MM/ DD/ YYYY

Robert C Lane _____
Printed name

The Lane Law Firm _____
Firm name

6200 Savoy Dr Ste 1150 _____
Number      Street

Houston _____  TX _____  77036-3369 _____
City                          State    ZIP Code

(713) 595-8200 _____  notifications@lanelaw.com _____
Contact phone                    Email address

24046263 _____  TX _____
Bar number               State

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ Robs Bar & Grill, LLC _____ |
| United States Bankruptcy Court for the: _____ Southern District of Texas _____ |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2.** **Cash on hand** | | | $1,500.00 |
| **3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 **Navy Federal Credit Union** | **Checking account** | 2440 | $0.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $693.43 |
| **4.** **Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |
| **5.** **Total of Part 1** | | | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $2,193.43 |

### Part 2:   Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| **7.** **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 **Robs Bar & Grill, LLC** | $13,373.00 |

Debtor    **Robs Bar & Grill, LLC**
                 Name

Case number *(if known)* _____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9. **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.        $13,373.00

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less: _____ - _____ = ......  ➔    _____
                                  face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ - _____ = ......  ➔    _____
                                  face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $0.00

---

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                                    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor     **Robs Bar & Grill, LLC**                                          Case number *(if known)* _____
                   Name

**None**

17.  **Total of Part 4**                                                                                              $0.00
     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

**Part 5:**  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
     ☐ No. Go to Part 6.
     ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

     **None**

20.  **Work in progress**

     **None**

21.  **Finished goods, including goods held for resale**

     **None**

22.  **Other inventory or supplies**

     22.1 **Burgers (85 patties)** _____    MM / DD / YYYY    **(Unknown)** _____    _____    $106.25

     **Additional Page Total** - *See continuation page for additional entries*                                       $7,667.45

23.  **Total of Part 5**                                                                                              $7,773.70
     Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ☑ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor    __Robs Bar & Grill, LLC_____        Case number *(if known)* _____
          Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31. Farm and fishing supplies, chemicals, and feed**

   None

**32. Other farming and fishing-related property not already listed in Part 6**

   None

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                    _____ $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **Robs Bar & Grill, LLC**_____    Case number *(if known)* _____
              Name

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture**

39.1 **Silverware Sets (12 dozen)**_____ | (Unknown) | _____ | $192.00

Additional Page Total - *See continuation page for additional entries* | | | $2,138.00

**40.** **Office fixtures**

**None**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 **Phone**_____ | (Unknown) | _____ | $35.00

Additional Page Total - *See continuation page for additional entries* | | | $14,370.00

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. | | | $16,735.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Debtor     __Robs Bar & Grill, LLC_____          Case number *(if known)* _____
             Name

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    **None**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

**49.** **Aircraft and accessories**

    **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

**51.** **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                       **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**  Real Property

**54.** **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

**56.** **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.     **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

Debtor    **Robs Bar & Grill, LLC**
_____    Case number *(if known)* _____
           Name

---

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:** Intangibles and Intellectual Property

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61. Internet domain names and websites** | | | |
| 61.1  www.coachespubmidtown.com | (Unknown) | | $1.00 |
| **62. Licenses, franchises, and royalties** | | | |
| None | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64. Other intangibles, or intellectual property** | | | |
| None | | | |
| **65. Goodwill** | | | |
| None | | | |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                   $1.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   **Robs Bar & Grill, LLC**                                    Case number *(if known)* _____
          Name

---

| Part 11: | All other assets |

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  **Unauthorized withdrawal from checking account by loan broker** _____                                    _____ **(Unknown)**

**Nature of Claim**   __Theft of funds_____

**Amount Requested**   __$5,750.00_____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                    _____ **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor      **Robs Bar & Grill, LLC**
            Name                                                    Case number *(if known)*

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,193.43 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,373.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $7,773.70 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $16,735.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $40,076.13 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................ | | $40,076.13 |

Debtor    **Robs Bar & Grill, LLC**

Name

Case number *(if known)*

### Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2  **Navy Federal Credit Union** | **Checking account** | **6191** | **$687.53** |
| 3.3  **Navy Federal Credit Union** | **Savings account** | **5590** | **$0.00** |
| 3.4  **Navy Federal Credit Union** | **Savings account** | **1691** | **$5.90** |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**22. Other inventory or supplies - *Continued***

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.2  **Ground Beef (35 lbs)** | MM / DD / YYYY | **(Unknown)** | | **$87.50** |
| 22.3  **Wings (6 cases)** | MM / DD / YYYY | **(Unknown)** | | **$414.00** |
| 22.4  **Tenders (2 cases)** | MM / DD / YYYY | **(Unknown)** | | **$180.00** |
| 22.5  **Bread (7 Loafs)** | MM / DD / YYYY | **(Unknown)** | | **$40.95** |
| 22.6  **Cheese (39 lbs)** | MM / DD / YYYY | **(Unknown)** | | **$390.00** |
| 22.7  **Sauces (15 Gallons)** | MM / DD / YYYY | **(Unknown)** | | **$300.00** |
| 22.8  **Appetizers (4 cases assorted)** | MM / DD / YYYY | **(Unknown)** | | **$360.00** |
| 22.9  **Fries (7 cases)** | MM / DD / YYYY | **(Unknown)** | | **$175.00** |
| 22.10  **Beer (20 cases)** | MM / DD / YYYY | **(Unknown)** | | **$500.00** |
| 22.11  **Kegs (27)** | MM / DD / YYYY | **(Unknown)** | | **$1,620.00** |
| 22.12  **Liquor (49 unopen bottles)** | MM / DD / YYYY | **(Unknown)** | | **$1,300.00** |
| 22.13  **Liquor (82 open bottles)** | MM / DD / YYYY | **(Unknown)** | | **$2,300.00** |

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**39. Office furniture - *Continued***

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.2  **Glassware (344)** | **(Unknown)** | | **$688.00** |
| 39.3  **Pitchers (32)** | **(Unknown)** | | **$160.00** |
| 39.4  **Desk** | **(Unknown)** | | **$25.00** |

Debtor      **Robs Bar & Grill, LLC**                                    Case number *(if known)* _____
            Name

## Additional Page

| | | |
|---|---|---|
| 39.5  **Chairs (100)** | (Unknown) | $500.00 |
| 39.6  **Computer** | (Unknown) | $300.00 |
| 39.7  **Monitor** | (Unknown) | $40.00 |
| 39.8  **Filing Cabinet** | (Unknown) | $25.00 |
| 39.9  **Tables (20)** | (Unknown) | $400.00 |

**41.  Office equipment -** *Continued*

| | | |
|---|---|---|
| 41.2  **Printer (2)** | (Unknown) | $150.00 |
| 41.3  **Keg Coolers (4)** | (Unknown) | $1,800.00 |
| 41.4  **Reach in Coolers (2)** | (Unknown) | $700.00 |
| 41.5  **Coffee Machine** | (Unknown) | $100.00 |
| 41.6  **Jager Machine** | (Unknown) | $200.00 |
| 41.7  **Soda System** | (Unknown) | $300.00 |
| 41.8  **Flat Top Grill** | (Unknown) | $600.00 |
| 41.9  **Char Grill** | (Unknown) | $700.00 |
| 41.10  **Oven** | (Unknown) | $300.00 |
| 41.11  **Microwave** | (Unknown) | $300.00 |
| 41.12  **Ice Machine** | (Unknown) | $1,200.00 |
| 41.13  **Pots and Pans (42)** | (Unknown) | $1,470.00 |
| 41.14  **Fryers (2)** | (Unknown) | $1,000.00 |
| 41.15  **Freezer (3)** | (Unknown) | $450.00 |
| 41.16  **Televisions (21)** | (Unknown) | $4,200.00 |
| 41.17  **Speakers (4)** | (Unknown) | $400.00 |
| 41.18  **Cameras (7)** | (Unknown) | $350.00 |

Debtor  **Robs Bar & Grill, LLC**_____                    Case number *(if known)*_____
         Name

**Additional Page**

| 41.19 | **Fans (6)** | **(Unknown)** | **$150.00** |

Fill in this information to identify the case:

Debtor name   Robs Bar & Grill, LLC

United States Bankruptcy Court for the:   Southern   District of   Texas
(State)

Case number (if known):

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**

Alternative Funding Group Corp

**Describe debtor's property that is subject to a lien**

|  | $34,213.57 | unknown |
| --- | --- | --- |

**Creditor's mailing address**

1000 NW 65th Street Suite 100

Fort Lauderdale, FL 33309

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$64,663.57

Debtor   Robs Bar & Grill, LLC
_____
Name

Case number (if known) _____

---

| **Part 1:**   Additional Page | Column A | Column B |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.2**  **Creditor's name**

DMKA LLC dba The Smarter Merchant

**Creditor's mailing address**

345 7th Avenue

New York, NY 10001

**Creditor's email address, if known**

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $30,450.00

Column B: unknown

---

Fill in this information to identify the case:

Debtor name _____ Robs Bar & Grill, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Internal Revenue Service<br><br>P.O. Box 7346<br><br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Payroll Taxes<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $55,957.92 | $55,957.92 |
| **2.2** Priority creditor's name and mailing address<br><br>Texas Comptroller of Public Accountants<br><br>PO Box BOX 12548, MC-008<br><br>Austin, TX 78711<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Sales Tax<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $47,048.99 | $47,048.99 |

Debtor    **Robs Bar & Grill, LLC**
          Name                                              Case number *(if known)* _____

---

**Part 1:**  Additional Page

---

**2.3**  Priority creditor's name and mailing address

**Texas Workforce Commission**

**PO BOX 12548, MC-008**

**Austin, TX 78711**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:      $1,664.22          $1,664.22
*Check all that apply.*
☐  Contingent
☐  Unliquidated
☐  Disputed

Basis for the Claim:

**Payroll Taxes**

Is the claim subject to offset?
☑  No
☐  Yes

Debtor   **Robs Bar & Grill, LLC**                                Case number *(if known)* _____
      Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

   **2204 Interests, LTD**

   **c/o Greenberg & Company**

   **5959 Richmond Suite 440**

   **Houston, TX 77057**

   Date or dates debt was incurred _____

   Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1/2 Payment of Rent Due**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,267.00**

---

**3.2** **Nonpriority creditor's name and mailing address**

   **GFG Merchant Solutions LLC**

   **180 Maiden Lane 15th Floor**

   **New York, NY 10038**

   Date or dates debt was incurred _____

   Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29,099.00**

---

**3.3** **Nonpriority creditor's name and mailing address**

   **Specs**

   **2410 Smith Street**

   **Houston, TX 77006**

   Date or dates debt was incurred _____

   Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.4** **Nonpriority creditor's name and mailing address**

   **Vox Funding**

   **14 E. 44th Street 4th Floor**

   **New York, NY 10017**

   Date or dates debt was incurred _____

   Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$37,866.60**

Debtor     **Robs Bar & Grill, LLC**                                    Case number *(if known)* _____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **GFG Merchant Solutions LLC**  **201 Route 17 North Suite 805**  **Rutherford, NJ 07070** | Line **3.2**  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Robs Bar & Grill, LLC**                                      Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$104,671.13** |
| 5b.   **Total claims from Part 2** | 5b.   **+** | **$74,232.60** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$178,903.73** |

Fill in this information to identify the case:

Debtor name _____ Robs Bar & Grill, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Building Restaurant Space<br>Contract to be ASSUMED<br>46 months<br><br> | 2204 Interests, LTD<br>c/o Greenberg & Company<br>5959 Richmond Suite 440<br>Houston, TX 77057 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **Robs Bar & Grill, LLC**

United States Bankruptcy Court for the:    **Southern**    District of    **Texas**

                                                      (State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**    **Does the debtor have any codebtors?**

     ☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☑   Yes

**2.**    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Curry, Robert | 3833 Dunlavy Apt 226 <br> Street <br><br> Houston, TX 77006 <br> City     State     ZIP Code | Vox Funding <br><br><br> DMKA LLC dba The Smarter Merchant <br><br> GFG Merchant Solutions LLC | ☐ D <br> ☑ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G <br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **Robs Bar & Grill, LLC**                                Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                     **Schedule H: Codebtors**                     page __2__ of __2__

| Fill in this information to identify the case: |
| --- |

Debtor name _____ Robs Bar & Grill, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................

$0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*..............................................................................

$40,076.13

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*................................................................................

$40,076.13

| Part 2: | Summary of Liabilities |
| --- | --- |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$64,663.57

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

$104,671.13

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

**+**     $74,232.60

**4. Total liabilities**..........................................................................................................

$243,567.30

   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Robs Bar & Grill, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $480,296.00 |
| **For prior year:**   From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $494,431.00 |
| **For the year before that:**   From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:**   From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |
| **For the year before that:**   From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |

Debtor      Robs Bar & Grill, LLC                                                    Case number *(if known)*_____
            Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Vox Funding<br>Creditor's name<br><br>14 E. 44th Street 4th Floor<br>Street<br><br><br>New York, NY 10017<br>City                State      ZIP Code | 07/25/2023 | $21,300.03 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.  Alternative Funding Group Corp<br>Creditor's name<br><br>1000 NW 65th Street Suite 100<br>Street<br><br><br>Fort Lauderdale, FL 33309<br>City                State      ZIP Code | 07/25/2023 | $18,571.40 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3.  GFG Merchant Solutions LLC<br>Creditor's name<br>180 Maiden Lane 15th Floor<br>Street<br><br><br>New York, NY 10038<br>City                State      ZIP Code | 07/25/2023 | $8,376.04 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4.  The Smarter Merchant<br>Creditor's name<br>345 7th Avenue<br>Street<br><br><br>New York, NY 10011<br>City                State      ZIP Code | 07/25/2023 | $20,300.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    Robs Bar & Grill, LLC
          _____                          Case number (if known) _____
          Name

| 4.1. | Curry, Robert | 07/27/2023 | $96,750.19 | Owner Distributions and salary |
|------|---------------|------------|-----------|-------------------------------|
| | Creditor's name | | | |
| | 3833 Dunlavy Apt 226 | | | |
| | Street | | | |
| | Houston, TX 77006 | | | |
| | City        State    ZIP Code | | | |

| Relationship to debtor |
|------------------------|
| Owner |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|-----------------------------|----------------------------|------|-------------------|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| City        State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|----------------------------------------|----------------------|--------|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City        State    ZIP Code | | | |

**Part 3:**   Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

Debtor   Robs Bar & Grill, LLC
_____   Case number *(if known)* _____
Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | _____ | ☐ Concluded |
| | | | Street | |
| | _____ | | _____ | |
| | | | _____ | |
| | | | City        State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | Custodian's name | | |
| | _____ | **Case title** | **Court name and address** |
| | Street | | |
| | _____ | _____ | Name |
| | City        State    ZIP Code | **Case number** | _____ |
| | | | Street |
| | | _____ | _____ |
| | | **Date of order or assignment** | City        State    ZIP Code |
| | | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | _____ | _____ | _____ | _____ |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    Robs Bar & Grill, LLC                                    Case number (if known) _____
          Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____    _____    _____    _____

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| The Lane Law Firm | Attorney's Fee | 06/28/2023 | $10,000.00 |
| | Attorney's Fee | 07/26/2023 | $15,000.00 |

**Address**

6200 Savoy Suite 1150
Street

Houston, TX 77036
City                          State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

Robs Bar & Grill LLC

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

_____

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page 5

Debtor   Robs Bar & Grill, LLC                                               Case number *(if known)*
         Name

---

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____
City                State    ZIP Code

**Relationship to debtor**

_____

---

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____<br>Street<br><br>_____<br>City          State    ZIP Code | From _____  To _____ |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor ___Robs Bar & Grill, LLC_____     Case number *(if known)*_____
      Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____     _____     _____
     Facility name

    _____
    Street

| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept? |
|---|---|---|

    _____
    City     State   ZIP Code

                _____     *Check all that apply:*

                _____     ☐ Electronically

                                                         ☐ Paper

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.

    ☐ Yes. State the nature of the information collected and retained. _____

          Does the debtor have a privacy policy about that information?

          ☐ No

          ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.

    ☐ Yes. Does the debtor serve as plan administrator?

          ☐ No. Go to Part 10.

          ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

      _____     EIN: _ _ – _ _ _ _ _ _ _

          Has the plan been terminated?

          ☐ No

          ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City  State  ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

---

Debtor  Robs Bar & Grill, LLC
        Name

Case number *(if known)*

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   Robs Bar & Grill, LLC                                                 Case number *(if known)*
         _____
         Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | Robs Bar & Grill, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.
_____      _____      EIN:  __ __ – __ __ __ __ __ __ __

Name

Street                                                                      **Dates business existed**

_____

City          State     ZIP Code              From _____  To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
26a.1.
_____      From _____  To _____

Name

Street

_____

City                              State           ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
26b.1.
_____      From _____  To _____

Name

Street

_____

City                              State           ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
26c.1.

_____      _____

Name                                                                      _____

Street

_____

City                              State           ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor ___Robs Bar & Grill, LLC_____   Case number *(if known)* _____

Name

| Name and address |
|---|

26d.1. _____

Name

_____

Street

_____

_____

City                                State           ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Robert Curry | | $7,832.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1. Robert Curry
Name

2204 Louisiana Street
Street

_____

Houston, TX 77002
City                                State           ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Curry | 2204 Louisiana Street Houston, TX 77002 | Owner, Owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor     Robs Bar & Grill, LLC
           _____     Case number (if known) _____
           Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Curry, Robert<br>Name<br><br>3833 Dunlavy Apt 226<br>Street<br><br><br><br>Houston, TX 77006<br>City                    State        ZIP Code | Payments over the last year<br>$96,750.19 | 07/27/2023 | Owner Distributions and salary |
| Relationship to debtor | | | |
| Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____07/28/2023_____
           MM/ DD/ YYYY

**X** /s/ Robert Curry                              Printed name _____Robert Curry_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Owner_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

| Fill in this information to identify the case: |
| --- |
| Debtor name                    Robs Bar & Grill, LLC |
| United States Bankruptcy Court for the: |
|                    Southern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 2204 Interests, LTD c/o Greenberg & Company 5959 Richmond Suite 440 Houston, TX 77057 | | 1/2 Payment of Rent Due | | | | $7,267.00 |
| 2 | Alternative Funding Group Corp 1000 NW 65th Street Suite 100 Fort Lauderdale, FL 33309 | | Merchant Cash Advance | Disputed | | | $34,213.57 |
| 3 | DMKA LLC dba The Smarter Merchant 345 7th Avenue New York, NY 10001 | | Merchant Cash Advance | Disputed | | | $30,450.00 |
| 4 | GFG Merchant Solutions LLC 180 Maiden Lane 15th Floor New York, NY 10038 | | Merchant Cash Advance | Disputed | | | $29,099.00 |
| 5 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Payroll Taxes | | | | $55,957.92 |
| 6 | Texas Comptroller of Public Accountants PO Box BOX 12548, MC-008 Austin, TX 78711 | | Sales Tax | | | | $47,048.99 |
| 7 | Texas Workforce Commission PO BOX 12548, MC-008 Austin, TX 78711 | | Payroll Taxes | | | | $1,664.22 |
| 8 | Vox Funding 14 E. 44th Street 4th Floor New York, NY 10017 | | Merchant Cash Advance | Disputed | | | $37,866.60 |

Debtor      Robs Bar & Grill, LLC _____      Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**     Robs Bar & Grill, LLC

Case No. _____

**Debtor**                                          Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................     $37,500.00

Prior to the filing of this statement I have received ................................................................     $25,000.00

Balance Due ..........................................................................................................................     $12,500.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 07/28/2023 | /s/ Robert C Lane |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Robs Bar & Grill, LLC**                                    CASE NO

                                                                CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____07/28/2023_____    Signature _____/s/ Robert Curry_____
                                                                Robert Curry, Owner

2204 INTERESTS, LTD
C/O GREENBERG & COMPANY
5959 RICHMOND SUITE 440
HOUSTON, TX 77057


ALTERNATIVE FUNDING
GROUP CORP
1000 NW 65TH STREET SUITE 100
FORT LAUDERDALE, FL 33309


ROBERT CURRY
3833 DUNLAVY APT 226
HOUSTON, TX 77006


DMKA LLC DBA THE SMARTER
MERCHANT
345 7TH AVENUE
NEW YORK, NY 10001


GFG MERCHANT SOLUTIONS
LLC
180 MAIDEN LANE 15TH FLOOR
NEW YORK, NY 10038


GFG MERCHANT SOLUTIONS
LLC
201 ROUTE 17 NORTH SUITE 805
RUTHERFORD, NJ 07070


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


ROBS BAR & GRILL, LLC
2204 LOUISIANA ST. SUITE C&D
HOUSTON, TX 77002

SPECS
2410 SMITH STREET
HOUSTON, TX 77006


TEXAS COMPTROLLER OF
PUBLIC ACCOUNTANTS
PO BOX BOX 12548, MC-008
AUSTIN, TX 78711


TEXAS WORKFORCE
COMMISSION
PO BOX 12548, MC-008
AUSTIN, TX 78711


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


VOX FUNDING
14 E. 44TH STREET 4TH FLOOR
NEW YORK, NY 10017

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to the debtor's condition on .

| | |
|---|---|
| a. Total assets | $40,076.13 |
| b. Total debts (including debts listed in 2.c., below) | $243,567.30 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐

d. Number of shares of preferred stock
e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business        Sports Bar

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name _____Robs Bar & Grill, LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/28/2023___
         MM/  DD/  YYYY

**X** _/s/ Robert Curry_____
Signature of individual signing on behalf of debtor

_Robert Curry_____
Printed name

_Owner_____
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: **Robs Bar & Grill, LLC**                           CASE NO

                                                          CHAPTER **11**


## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES


## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐       *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
        I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑       *[Only include if petitioner is a corporation, partnership or limited liability company]* --
        I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date                    _____ /s/ Robert Curry _____
07/28/2023              Robert Curry
_____         Owner
                        EIN No.   3 6 2 7


## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date                    _____ /s/ Robert C Lane _____
07/28/2023              Robert C Lane
_____         Attorney